# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## (TAMPA DIVISION)

In re:   E & D LOGISTICS, INC                        Chapter 7 Case

            Debtor.                                           Case No. 8:03-bk-19372-MGW

_____/

## NEWTEK'S MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Creditor, Commercial Capital Corporation n/k/a Newtek Small Business Finance a/k/a New Teksba [sic] ("Newtek"), through its undersigned counsel, files this Motion for Payment of Unclaimed Funds in response to the Trustee's Report of Unclaimed Funds [Dkt. #72] filed on October 27, 2008, and in support thereof states:

On December 15, 2003, Newtek filed its proof of claim in the amount of $133,345.58 [claim #7].[1]   On February 11, 2008, the Trustee filed a motion to allow Newtek's $133,345.58 claim in full as a secured claim, thereby preventing any unsecured distribution to Newtek [Dkt. #43].  Newtek filed its objection [Dkt. #47] and the parties agreed to an Agreed Order allowing Newtek a secured claim of $8,835.00 and an unsecured claim of $124,510.58 [Dkt. #58].  On August 26, 2008, the Court entered an Order requiring payment to New Teksba, i.e. Newtek, in the amount of $8,556.16 [Dkt. #68].  Counsel for Newtek did not receive the payment.  Accordingly, Newtek hereby claims the funds and requests the Court to enter an Order directing payment to Newtek in the amount of $8,556.16 to be forward to Newtek's counsel of record:

---

[1] Although the proper name for Newtek is Newtek Small Business Finance, the computer generated proof of claim form submitted to and filed by Newtek identifies Newtek as "New Teksba."

**GUNSTER, YOAKLEY & STEWART P.A.**
PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

FTL 350200.1

Christian A. Petersen, Esquire
Gunster, Yoakley & Stewart, P.A.
Las Olas Centre, Suite 1400
450 East Las Olas Boulevard
Fort Lauderdale, FL 33301-4206

WHEREFORE, Creditor, Newtek, moves the Court for an Order directing payment to Newtek in the amount of $8,556.16 to be forward to Newtek's counsel of record, and awarding such other and further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via the CM/ECF System this 27th day of October, 2008.

s/ Christian A. Petersen
Christian A. Petersen
Florida Bar No. 154105
GUNSTER, YOAKLEY & STEWART, P.A.
Attorneys for Creditor Newtek
Las Olas Centre, Suite 1400
450 East Las Olas Boulevard
Fort Lauderdale, FL 33301-4206
Telephone:      954-462-2000
Facsimile:      954-523-1722
Email:   cpetersen@gunster.com